**Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000427
12-APR-2024
08:32 AM
Dkt. 68 OCOR**

NO. CAAP-18-0000427

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SHELBY RHO FRANKS; JAMES PAUL FRANKS; AND BRANDY LEA FRANKS,
Plaintiffs-Appellants, v.
DESTINI HOLLOWAY,
Defendant/Cross-Claim Plaintiff/Cross-Claim Defendant-Appellee,
and
PAUL JASON SPAULDING,
Defendant/Cross-Claim Defendant/Cross-Claim Plaintiff/
Cross-Claim Plaintiff-Appellee,
and
JAYNE R. NAGANUMA; KRYSTYN CENDROWSKI; KALA SINGSON,
Defendants/Cross-Claim Defendants-Appellees,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10;
DOE PARTNERSHIPS 1-10; ROE "NON-PROFIT" CORPORATIONS 1-10;
AND ROE GOVERNMENTAL ENTITIES 1-10, Defendants,
and
PAUL JASON SPAULDING, Third-Party Plaintiff-Appellee,
v.
VCA ANIMAL HOSPITALS, INC., Third-Party Defendant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 15-1-0188)

ORDER OF CORRECTION
(By: Leonard, Acting Chief Judge, for the court)[1]

IT IS HEREBY ORDERED that the Opinion of the court,

filed on November 28, 2023, is hereby corrected as follows:

---

[1]     Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.

At page 11, line 14 from bottom, delete the closing quotation mark at the end of the sentence so that it reads as follows:

duty, and damages[.]

At page 12, line 10 from bottom, insert the word "or" after the word "owner" so that it reads as follows:

owner or harborer of an animal shall not be liable for any

At page 14, line 12 from top, insert a closing parentheses after the current typed ")" of the sentence so that it reads as follows:

1273, 1290 (1992) (emphasis omitted)).

At page 15, line 18 from bottom, insert the following after "709" so that it reads as follows:

, 211 Cal.Rptr. 668

At page 16, line 4 from top, replace "715" with "673 so that it reads as follows:

Id. at 673 (emphasis omitted).

At page 18, line 10 from top, insert a closing parentheses after the current typed ")" of the sentence so that it reads as follows:

Economy Fire & Cas. Co., 715 So.2d 131, 134 (La. Ct. App. 1998)).

At page 19, in the block quote, line 2, correct the font size from 12 to 10 in the word "bite" so that the "e" is in the correct font size and it reads as follows:

dog his "first bite" before an owner can be held liable for

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, April 12, 2024.

FOR THE COURT:

/s/ Katherine G. Leonard
Acting Chief Judge